EMMA F. MATTESON, Respondent, v. WARNER L. MATTESON, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EUGENE W. SMALL, on His Own Behalf and on Behalf of All Other Preferred Stockholders of THE AEOLIAN COMPANY, Similarly Situated, Respondent, v. AEOLIAN COMPANY and Others, Defendants, Impleaded with INTERNATIONAL HOLDING COMPANY OF GARWOOD, Appellant.— Appeal withdrawn, without costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of NICHOLS PRODUCTS CORPORATION, Respondent, for Leave to Commence an Action for the Dissolution of DOEHLER FURNITURE Co., INC., Now Known as INSTITUTIONAL FURNITURE, INC., Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL FEINBERG, Respondent, v. MORRIS FEINBERG, Appellant.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent and vote to reverse and deny the motion for alimony and counsel fee.

HERMAN L. KASHA, Appellant, v. MANDEL FRANKEL and Others, Respondents. — Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Arbitration: NATIONAL SURETY COMPANY, Respondent, v. CONSOLIDATED INDEMNITY AND INSURANCE COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

DORA HALLIDAY, Respondent, v. GREENLIE-HALLIDAY COMPANY, Defendant, Impleaded with FRANCIS A. ARMENY. Trustee in Bankruptcy of Defendant, GREENLIE-HALLIDAY COMPANY, Appellant.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MASBACK HARDWARE Co., INC., Appellant, v. HERMAN REIB and WALTER REIB, Respondents.— Order so far as appealed from modified by requiring defendants to submit to examination before trial, and as so modified affirmed, without costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JAMES E. SAUTER and Another, as Liquidating Trustees, etc., Appellants, v. RODERICK S. GOETZ and Others, Defendants, Impleaded with BERNARD BERNSTEIN, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.